**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Francisco PADILLA, Defendant—
Appellant.**

**No. 03–10225.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Russell Marsh, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Richard Madril, Esq., Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Francisco Padilla appeals his guilty-plea conviction and 60–month sentence for one count of possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Padilla has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Padilla filed a pro se supplemental brief, and the appellee filed an answering brief.

After an independent review of the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and our review of the briefs filed, we conclude there are no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.